IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EDWARD BOWMAN,

    Plaintiff,                                No. CIV S-06-0463 DFL PAN (GGH) PS

    vs.

ASSOCIATES HOME EQUITY                           ORDER
SERVICES, CITI FINANCE
MORTGAGE,

    Defendants.

_____/

    The hearing on defendants' motion to dismiss, presently scheduled for July 20, 2006, before Magistrate Judge John F. Moulds, is hereby vacated and rescheduled as set forth below, pursuant to the reassignment of this case to the undersigned magistrate judge. Accordingly, defendant's motion to dismiss filed May 15, 2006, is rescheduled for hearing before the undersigned on Thursday, July 27, 2006 at 10:00 a.m., in Courtroom #24.

DATED: 6/14/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              U. S. MAGISTRATE JUDGE

NOW6:BOWMAN.reschedule.wpd