IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EDWARD BOWMAN,

    Plaintiff,　　　　　　　　　　No. CIV S-06-0463 DFL PAN (GGH) PS

    vs.

ASSIGNATES HOME EQUITY SERVICES, CITI FINANCE MORTGAGE,　　　　　　　ORDER

    Defendants.

_____/

    Pursuant to the request of defendants' counsel filed July 5, 2006, the hearing on defendants' motion to dismiss, presently scheduled for July 27, 2006, is hereby rescheduled to Thursday, August 31, 2006 at 10:00 a.m., in Courtroom #24.

DATED: 7/14/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

NOW6:BOWMAN.reschedule II.wpd