IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EDWARD BOWMAN,

    Plaintiff,                    No. CIV S-06-0463 DFL PAN (GGH) PS

vs.

ASSOCIATES HOME EQUITY SERVICES, CITI FINANCE MORTGAGE,              ORDER

    Defendants.

_____/

    The hearing on defendants' motion to dismiss, presently scheduled for August 31, 2006, is hereby rescheduled to Thursday, September 21, 2006, at 10:00 a.m., in Courtroom No. 24, unless further ordered by the court. The parties shall comply with the briefing requirements set forth in E. D. Cal. L. R. 78-230.

DATED: 8/2/06

                    /s/ Gregory G. Hollows

                    _____
                    GREGORY G. HOLLOWS
                    U. S. MAGISTRATE JUDGE

NOW6:BOWMAN.reschedule III.wpd