1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARC EDWARD BOWMAN,

11          Plaintiff,                    No. CIV S-06-0463 DFL EFB PS

12      vs.

13   ASSOCIATES HOME
     EQUITY SERVICES, et al.,

14
            Defendants.          ORDER

15   _____/

16        On September 7, 2006, defendants filed a request to continue the hearing set for

17   September 20, 2006, on defendants' motion to dismiss.[1]  Defendants request the continuance due

18   to scheduling conflicts posed by the September 20, 2006 hearing date.

19        Good cause appearing, defendants' request for a continuance is hereby

20   GRANTED.  Defendants' motion to dismiss shall be heard on Wednesday, October 4, 2006, at

21   10:00 a.m. in courtroom 25 of the United States Courthouse for the Eastern District of California

22   in Sacramento, California.  The court notes that plaintiff has not yet filed an opposition to

23   defendants' motion to dismiss.  Pursuant to Local Rule 78-230(c), **plaintiff shall file an**

24   _____

25        [1] The hearing was previously set for September 21, 2006, before Magistrate Judge
     Gregory H. Hollows.  By minute order dated September 6, 2006, the hearing date was moved to
26   September 20, 2006, due to the reassignment of this case to the undersigned.

1

1 **opposition (or statement of non-opposition) to the motion no later than September 20,**

2 **2006**.

3         Failure to comply with the Local Rules "may be grounds for imposition by the

4 Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

5 Court." L. R. 11-110; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).  Additionally,  "[n]o

6 party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

7 to the motion has not been timely filed." L. R. 78-230(c).[2] Pro se litigants are bound by the

8 rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*,

9 814 F.2d 565, 567 (9th Cir. 1987); *Jacobsen v. Filler*, 790 F.2d 1362, 1364-65 (9th Cir.1986).

10 The Local Rules specifically provide that cases of persons appearing in propria persona who fail

11 to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and

12 other appropriate sanctions.  L.R. 83-183.

13         SO ORDERED.

14 DATED: September 11, 2006.

15

16         EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE

17

18 EFB:mb
Bowman06cv463.order.continue hearing

19

20

21

22

23

24

25

26     [2] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions. L. R. 78-230(j).

2