IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EDWARD BOWMAN,

    Plaintiff,                    No. CIV S-06-0463 DFL EFB PS

    vs.

ASSOCIATES HOME EQUITY SERVICE, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

        Plaintiff's third and fifth causes of action were dismissed with thirty days leave to amend on November 1, 2006. That thirty day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's third cause of action for breach of fiduciary duty and fifth cause of action for conversion be dismissed without prejudice. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

1

1  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
3  1991).

4  DATED:   December 18, 2006.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE