1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARC EDWARD BOWMAN,

11        Plaintiff,                    CIV-S-06-0463 DFL EFB PS

12      vs.

13   ASSOCIATES HOME EQUITY
     SERVICE, et al.,
14
           Defendants.              <u>ORDER</u>
15   _____/

16          On November 1, 2006, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orland v.</u>

20   <u>United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

                                        1

Accordingly, IT IS ORDERED that:

1.  The proposed Findings and Recommendations filed November 1, 2006, are ADOPTED;

2.  All portions of the complaint requesting any damages under California's Unfair Competition Law (Cal. Bus. & Prof. Code section 17200, et seq.) are stricken, including paragraphs 39 and 40 of the complaint and relevant portions of the "prayer for relief."

3..  Defendant Citi Financial Mortgage's motion to strike portions of the complaint and "prayer for relief" to exclude any requests for punitive damages with regard to plaintiff's claim for breach of contract is denied.

DATED: 03/31/2008


/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE