IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EDWARD BOWMAN,

    Plaintiff,                                  CIV-S-06-0463 RRB EFB PS

    vs.

ASSOCIATES HOME EQUITY SERVICE, et al.,

    Defendants.                            ORDER

_____/

        On February 20, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 20, 2008, are ADOPTED;

2. Defendant's May 21, 2007, motion to dismiss is granted;

3. Plaintiff's claim for conversion is dismissed; and,

4. Paragraphs 24, 31 and 32 of the first amended complaint, as well as paragraphs 1 and 2 of the prayer for relief, are stricken to the extent they seek punitive damages.

DATED: 04/04/2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE