IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EDWARD BOWMAN,

    Plaintiff,　　　　　　　　　　No. CIV S-06-0463 JAM EFB PS

    vs.

ASSOCIATES HOME EQUITY　　　　ORDER TO SHOW CAUSE
SERVICE, et al.,

    Defendants.
_____/

    This case, in which plaintiff is proceeding pro se, was referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1). Findings and Recommendations were issued on February 20, 2008, recommending that plaintiff's claim for conversion be dismissed and that portions of the complaint related to punitive damages be stricken. Filed with the February 20, 2008, findings and recommendations was an order directing the parties to file status reports within twenty days of the district judge's ruling on the findings and recommendations. Further, that order specified that "should the district judge adopt [the] findings and recommendations in full, plaintiff shall file a second amended complaint consistent with that order, within ten days from the date of service of that order." *See* February 20, 2008, Order and Findings and Recommendations. On April 4, 2008, the district judge adopted those findings and recommendation.

1

1 Defendant timely filed a status report on April 24, 2008. However, plaintiff has failed to
2 file the second amended complaint or status report as ordered. According, plaintiff is ordered to
3 show cause, in writing, within ten days from the date of service of this order why this case
4 should not be dismissed for failure to obey court orders and for failure to prosecute. *See* Local
5 Rule 11-110; Fed. R. Civ. P. 41(b). Failure to timely respond to this order, in writing, will result
6 in a recommendation that this action be dismissed.

7 SO ORDERED.

8 DATED: May 29, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE