1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARC EDWARD BOWMAN,

11          Plaintiff,                    No. CIV S-06-0463 JAM EFB PS

12      vs.

13   ASSOCIATES HOME EQUITY
     SERVICE, et al.,                     FINDINGS AND RECOMMENDATIONS
14
            Defendants.
15   _____/

16       This case was referred to the undersigned pursuant to Local Rule 72-302(c)(21).  *See* 28

17   U.S.C. § 636(b)(1).  On May 29, 2008, the court issued an order directing plaintiff to show

18   cause, in writing, why this case should not be dismissed for failure to prosecute and follow court

19   orders.  Specifically, the court noted that pursuant to the order and findings and

20   recommendations issued February 20, 2008, plaintiff was to file a status report within twenty

21   days of the district judge's ruling on those findings and recommendations.  The court further

22   ordered that, in the event the district judge adopted the findings and recommendations, plaintiff

23   was to file a second amended complaint within ten days of the district judge's order.  The district

24   judge adopted the undersigned's findings and recommendations on April 4, 2008.

25       Plaintiff failed to file the status report and the second amended complaint as ordered.

26   ////

1

1   Accordingly, the court issued the May 29, 2008, order to show cause which directed plaintiff to

2   file a response, in writing, within ten days from the date of service of the order.  The time for

3   response had now expired and plaintiff has failed to respond.  The order cautioned plaintiff that

4   failure to respond would result in a recommendation that the action be dismissed.  *See* E.D. Cal.

5   L.R. 11-110; Fed. R. Civ. P. 41(b).

6          Accordingly, IT IS RECOMMENDED that this action be dismissed without prejudice

7   and that the Clerk be directed to close this case.

8          These findings and recommendations are submitted to the United States District Judge

9   assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten (10)

10  days after being served with these findings and recommendations, any party may file written

11  objections with the court and serve a copy on all parties.  Such a document should be captioned

12  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

13  shall be served and filed within ten (10) days after service of the objections.  The parties are

14  advised that failure to file objections within the specified time may waive the right to appeal the

15  District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*,

16  951 F.2d 1153, 1157 (9th Cir. 1991).

17  DATED:  July 9, 2008.

19                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

2